UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY SMITH,

                Plaintiff,

   -against-

LONG ISLAND UNIVERSITY and
SOUTHAMPTON COLLEGE,

                Defendants.
------------------------------------------------------------X

JUDGMENT
03-CV-2991 (SLT)

      A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on May 25, 2007, granting defendants' motion for summary judgment in its entirety; and dismissing plaintiff's claims; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion for summary judgment is granted in its entirety; and that plaintiff's claims are dismissed.

Dated: Brooklyn, New York
       May 29, 2007

                                                                    s/ RCH
                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court